UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
04-CV-4486(JMR/FLN)

AGA Medical Corp.         )
                          )
      v.                  )        ORDER
                          )        MAGISTRATE JUDGE Collings
Nitinol Medical Tech., Inc., )
and Dr. Lloyd Marks       )

This matter is before the Court on defendants' motion to transfer venue pursuant to 28 U.S.C. § 1404(a). The Court heard oral argument on May 27, 2005.

Based on the files, records, and proceedings herein, and for the reasons stated at the hearing, IT IS ORDERED that:

1. Defendants' motion [Docket No. 9] is granted.

2. This case is transferred to the District of Massachusetts.

Dated: June 1st, 2005

                              s/James M. Rosenbaum
                              JAMES M. ROSENBAUM
                              United States Chief District Judge

A true printed copy in __1__ sheet(s) of the electronic record filed on 9/1/05, in the United States District Court for the District of Minnesota.
CERTIFIED, 8-25, 2005.
RICHARD D. SLETTEN
BY: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## District of Minnesota

FILED
CLERKS OFFICE

2005 SEP -1 A 11: 44

U.S. DISTRICT COURT
DISTRICT OF MASS

**RESPOND TO:**

___ U.S. District Court, 700 Federal Building, 316 N. Robert St., St. Paul, MN  55101     Phone (651) 848-1100

_X_ U.S. District Court, 202 U. S. Courthouse, 300 S. Fourth St., Minneapolis., MN  55415     Phone (612) 664-5000

___ U.S. District Court, 417 Federal Building, 515 W. First St., Duluth. MN  55802     Phone (218) 529-3500

| DATE: 8/25/05 | CIVIL FILE NUMBER: 04-cv-4486 JMR/FLN |
|---|---|
| CASE TITLE: | AGA Medical Corporation v. Nitinol Medical Technologies Inc. et al |

| | |
|---|---|
| | The above entitled action was: __ removed from county court, __ transferred from another district, and filed in __ Minneapolis __ St. Paul __ Duluth, on _____, and assigned to Judge _____ and to Magistrate _____   Please direct future filings to the office indicated at the top of this form. |
| | The above entitled action was filed in this court on _____, and assigned to Judge _____ and referred to Magistrate Judge _____   The file will be maintained at the Clerk's office in the District of Minnesota in _____   Please note for future reference. cc to: |
| | Discovery documents are returned pursuant to Federal Rule of Civil Procedure 5(d). |
| | A certified copy of the Order of Remand is enclosed. |
| | The above entitled action is being transferred to your court pursuant to Order of _____ filed on _____   A certified copy of the order and docket entries are included, along with the original court file.  Please acknowledge receipt of this file by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. |
| | A Bill of Costs is to be submitted on Form AO133.  The form, and a guide entitled "Taxation of Costs in a Civil Case in the United States District Court for the District of Minnesota" for use by attorneys and legal staff are available on our website: www.mnd.uscourts.gov. |
| | Your original documents are returned as <u>copies</u> of state court documents were submitted upon removal of the action to federal court. |
| | Your in forma pauperis application was approved.  Please complete the enclosed Marshal Service Form(s) (one per defendant) and return to the office indicated at the top of this form.  Service cannot be performed until these completed forms have been received by the clerk's office. |
| X  OTHER: | The above entitled action is being transferred to your court pursuant to a Order of Judge James M Rosenbaum filed on 6/1/05. A certified copy of the order, a copy of the docket sheet and copy of the file are included.  Please acknowledge receipt of this file by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. |

Deputy Clerk: _Janet Midtbo_ (signature)

Janet Midtbo

K:\XFR\forms\civil\Cklist.frm

Modified 12/27/04

CLOSED, PATENT, PHV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:04-cv-04486-JMR-FLN

AGA Medical Corporation v. Nitinol Medical Technologies Inc et al
Assigned to: Chief Judge James M Rosenbaum
Referred to: Magistrate Judge Franklin L Noel
Cause: 35:145 Patent Infringement

Date Filed: 10/13/2004
Jury Demand: None
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

## Plaintiff

**AGA Medical Corporation**  represented by  **James T Nikolai**
Nikolai & Mersereau
900 2nd Ave S Ste 820
Mpls, MN 55402
612-339-7461
Fax: 612-349-6556
Email: jim@nm-iplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter G Nikolai**
Nikolai & Mersereau
820 International Ctr
900 2nd Ave S
Mpls, MN 55402
(612) 339-7461
Fax: (612) 349-6556
Email: peter@nm-iplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*

*NOTICED*

V.

**Defendant**
**Nitinol Medical Technologies Inc**
*doing business as*
NMT Medical, Inc.

represented by **Charles H Sanders**
Fish & Richardson - MA
225 Franklin St Ste 3100
Boston, MA 02110-2804
617-956-5930
Fax: 617-542-8906
Email: sanders@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Cindy-NA D Vreeland**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**David-NA L Cavanaugh**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**David-NA M Esrick**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Erin C Skold**
Leonard Street and Deinard - Mpls

150 S 5th St Ste 2300
Mpls, MN 55402
(612) 335-1600
Fax: 612-335-1657
Email: erin.skold@leonard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kate-NA Saxton**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E Hillman**
Fish & Richardson - MA
225 Franklin St Ste 3100
Boston, MA 02110-2804
617- 521-7816
Email: hillman@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J Davidson**
Leonard Street and Deinard - Mpls
150 S 5th St Ste 2300
Mpls, MN 55402
(612) 335-1500
Fax: 612-335-1657
Email: steve.davidson@leonard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

>                          **William-NA F Lee**
>                          Not Admitted
>                          *LEAD ATTORNEY*
>                          *ATTORNEY TO BE*
>                          *NOTICED*

**Defendant**

**Lloyd A Marks**          represented by **Cindy-NA D Vreeland**
>                          (See above for address)
>                          *LEAD ATTORNEY*
>                          *ATTORNEY TO BE*
>                          *NOTICED*
>
>                          **David-NA L Cavanaugh**
>                          (See above for address)
>                          *LEAD ATTORNEY*
>                          *ATTORNEY TO BE*
>                          *NOTICED*
>
>                          **David-NA M Esrick**
>                          (See above for address)
>                          *LEAD ATTORNEY*
>                          *ATTORNEY TO BE*
>                          *NOTICED*
>
>                          **Kate-NA Saxton**
>                          (See above for address)
>                          *LEAD ATTORNEY*
>                          *ATTORNEY TO BE*
>                          *NOTICED*
>
>                          **Stephen J Davidson**
>                          (See above for address)
>                          *LEAD ATTORNEY*
>                          *ATTORNEY TO BE*
>                          *NOTICED*

**William-NA F Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Erin C Skold**
(See above for address)
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/13/2004 | 1 | COMPLAINT against Lloyd A Marks, Nitinol Medical Technologies Inc , filed by AGA Medical Corporation. ASSIGNED TO CHIEF JUDGE JAMES M. ROSENBAUM PER PATENT LIST AND REFERRED TO MAGISTRATE JUDGE FRANKLIN L. NOEL, rcpt. no. 432926, (Filing fee $ 150.) (Attachments: # 1 Exhibits# 2 Civil Cover Sheet)(DFL) (Entered: 10/14/2004) |
| 10/13/2004 | | Summons Issued as to Lloyd A Marks, Nitinol Medical Technologies Inc. (DFL) (Entered: 10/14/2004) |
| 01/27/2005 | 2 | *** FILING ERROR - DOCUMENT TO BE RE-FILED*** Return of Service Executed for Summons and Complaint served on Jessina Hue on January 20, 2005, filed by AGA Medical Corporation. (Nikolai, Peter) Modified on 1/28/2005 (GJS). (Entered: 01/27/2005) |
| 01/27/2005 | 3 | SUMMONS Returned Executed by AGA Medical Corporation. Lloyd A Marks served on 1/20/2005, answer due 2/9/2005. (Nikolai, Peter) (Entered: 01/27/2005) |


| | | |
|---|---|---|
| 01/27/2005 | 4 | RULE 7.1 DISCLOSURE STATEMENT of AGA Medical Corp. No parent corporation. (Attachments: # 1 Certificate of Service)(Nikolai, Peter) Modified text on 1/28/2005 (gjs). (Entered: 01/27/2005) |
| 01/28/2005 | 5 | SUMMONS Returned Executed by AGA Medical Corporation. Nitinol Medical Technologies Inc served on 1/20/2005, answer due 2/9/2005. (Nikolai, Peter) (Entered: 01/28/2005) |
| 02/07/2005 | 6 | STIPULATION *to Extend Time for Filing Answer to Complaint for Declaratory Relief* by Nitinol Medical Technologies Inc. (Attachments: # 1)(Skold, Erin) (Entered: 02/07/2005) |
| 02/07/2005 | 7 | CERTIFICATE OF SERVICE by Nitinol Medical Technologies Inc *of Proposed Order to Extend Time for Filing Answer to Complaint* (Skold, Erin) (Entered: 02/07/2005) |
| 02/08/2005 | 8 | ORDER - GRANTING 6 Stipulation, and Defendants have until 3/9/05 to answer or otherwise respond to the complaint . Signed by Magistrate Judge Franklin L Noel on 2/8/05. (GJS) (Entered: 02/08/2005) |
| 03/09/2005 | 9 | MOTION to Transfer *Venue* by Nitinol Medical Technologies Inc, Lloyd A Marks. (Attachments: # 1 Certificate of Service)(Skold, Erin) (Entered: 03/09/2005) |
| 03/09/2005 | 10 | NOTICE of Hearing on Motion 9 MOTION to Transfer *Venue*: Motion Hearing set for 5/20/2005 11:00 AM in Minneapolis - Courtroom 15E before Chief Judge James M Rosenbaum. (Skold, Erin) (Entered: 03/09/2005) |
| 03/09/2005 | 11 | MEMORANDUM in Support re 9 MOTION to Transfer *Venue* filed by all defendants. (Skold, Erin) (Entered: 03/09/2005) |
| 03/09/2005 | 12 | Declaration of Kate Saxton in Support of 9 MOTION |

| | | |
|---|---|---|
| | | to Transfer *Venue* filed by all defendants. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibits C-F# 4 Exhibit Exhibits G-K# 5 Exhibit Exhibits L-R)(Skold, Erin) (Entered: 03/09/2005) |
| 03/09/2005 | 13 | Declaration of Richard E. Davis in Support of 9 MOTION to Transfer *Venue* filed by all defendants. (Skold, Erin) (Entered: 03/09/2005) |
| 03/09/2005 | 14 | CERTIFICATE OF SERVICE by Nitinol Medical Technologies Inc, Lloyd A Marks re 12 Declaration in Support,, 13 Declaration in Support, 10 Notice of Hearing on Motion, 11 Memorandum in Support of Motion (Skold, Erin) (Entered: 03/09/2005) |
| 03/09/2005 | 15 | RULE 7.1 DISCLOSURE STATEMENT by Nitinol Medical Technologies Inc, Lloyd A Marks that there is no such corporation to report. (Attachments: # 1 Certificate of Service)(Skold, Erin) (Entered: 03/09/2005) |
| 03/21/2005 | 16 | AMENDED NOTICE of Hearing on Motion 9 MOTION to Transfer *Venue*: Motion Hearing set for 5/27/2005 11:00 AM in Minneapolis - Courtroom 15E before Chief Judge James M Rosenbaum. (Attachments: # 1 Certificate of Service)(Skold, Erin) (Entered: 03/21/2005) |
| 05/03/2005 | 17 | MOTION for Admission Pro Hac Vice for Robert Hillman by Nitinol Medical Technologies Inc. (Skold, Erin) (Entered: 05/03/2005) |
| 05/03/2005 | 18 | MOTION for Admission Pro Hac Vice for Charles Sanders by Nitinol Medical Technologies Inc. (Skold, Erin) (Entered: 05/03/2005) |
| 05/03/2005 | 19 | CERTIFICATE OF SERVICE by Nitinol Medical Technologies Inc re 18 MOTION for Admission Pro Hac Vice for Charles Sanders, 17 MOTION for Admission Pro Hac Vice for Robert Hillman (Skold, |

| | | |
|---|---|---|
| | | Erin) (Entered: 05/03/2005) |
| 05/03/2005 | | TEXT ONLY ENTRY - ORDER granting 17 and 18 Motions for Admission Pro Hac Vice of attorneys Robert E Hillman and Charles H Sanders for Nitinol Medical Technologies Inc. Fees paid; receipt numbers 435001 and 435003.Approved by Clerk Richard D Sletten on 5/3/05. (MMC) (Entered: 05/05/2005) |
| 05/06/2005 | 20 | MEMORANDUM in Opposition re 9 MOTION to Transfer *Venue* filed by AGA Medical Corporation. (Nikolai, Peter) (Entered: 05/06/2005) |
| 05/06/2005 | 21 | DECLARATION of Jodi Raus in Opposition to 9 MOTION to Transfer *Venue* filed by AGA Medical Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D, Part 1# 5 Exhibit D, Part 2# 6 Exhibit D, Part 3# 7 Exhibit D, Part 4# 8 Exhibit E# 9 Exhibit F# 10 Exhibit G# 11 Exhibit H, Part 1# 12 Exhibit H, Part 2# 13 Exhibit H, Part 3# 14 Exhibit H, Part 4# 15 Exhibit H, Part 5# 16 Exhibit H, Part 6# 17 Exhibit I# 18 Exhibit J# 19 Exhibit K# 20 Exhibit L, Part 1# 21 Exhibit L, Part 2# 22 Exhibit L, Part 3# 23 Exhibit L, Part 4# 24 Exhibit M, Part 1# 25 Exhibit M, Part 2# 26 Exhibit M, Part 3# 27 Exhibit N# 28 Exhibit O, Part 1# 29 Exhibit O, Part 2# 30 Exhibit O, Part 3# 31 Exhibit O, Part 4# 32 Exhibit O, Part 5# 33 Exhibit O, Part 6# 34 Exhibit O, Part 7# 35 Exhibit O, Part 8# 36 Exhibit O, Part 9# 37 Exhibit P, Part 1# 38 Exhibit P, Part 2# 39 Exhibit P, Part 3# 40 Exhibit Q, Part 1# 41 Exhibit Q, Part 2# 42 Exhibit Q, Part 3# 43 Exhibit Q, Part 4# 44 Exhibit Q, Part 5# 45 Exhibit Q, Part 6# 46 Exhibit R# 47 Exhibit S# 48 Exhibit T, Part 1# 49 Exhibit T, Part 2# 50 Exhibit T, Part 3# 51 Exhibit T, Part 4# 52 Exhibit U# 53 Exhibit V# 54 Exhibit W# 55 Exhibit X# 56 Exhibit Y# 57 Exhibit Z# 58 Exhibit AA# 59 Exhibit BB# 60 Exhibit CC# 61 Exhibit DD# 62 Exhibit EE# 63 Exhibit FF, Part 1# 64 Exhibit FF, Part 2# 65 Exhibit FF, Part 3# 66 |

| | | |
|---|---|---|
| | | Exhibit FF, Part 4)(Nikolai, Peter) (Entered: 05/06/2005) |
| 05/06/2005 | 22 | DECLARATION of James T. Nikolai in Opposition to 9 MOTION to Transfer *Venue* filed by AGA Medical Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Nikolai, Peter) (Entered: 05/06/2005) |
| 05/06/2005 | 23 | CERTIFICATE OF SERVICE by AGA Medical Corporation re 20 Memorandum in Opposition to Motion, 21 Declaration in Opposition, 22 Declaration in Opposition (Nikolai, Peter) . (Entered: 05/06/2005) |
| 05/13/2005 | 24 | REPLY to Response to Motion re 9 MOTION to Transfer *Venue* filed by all defendants. (Attachments: # 1 Certificate of Service on Plaintiff)(Skold, Erin) (Entered: 05/13/2005) |
| 05/24/2005 | | ****TEXT ONLY ENTRY**** AMENDED NOTICE of Hearing on Motion 9 MOTION to Transfer *Venue*: PLEASE NOTE CHANGE OF TIME ONLY Motion Hearing set for 5/27/2005 10:15 AM in Minneapolis - Courtroom 15E before Chief Judge James M Rosenbaum. (HLL) (Entered: 05/24/2005) |
| 05/27/2005 | 25 | Minute Entry for proceedings held before Chief Judge James M Rosenbaum : Motion Hearing held on 5/27/2005 re 9 MOTION to Transfer *Venue* filed by Nitinol Medical Technologies Inc and Lloyd A Marks. Motion granted. Order forthcoming. (Court Reporter Julie Rixe, Shaddix) (HLL) (Entered: 06/01/2005) |
| 06/01/2005 | 26 | ORDER granting 9 Motion to Transfer. Case is transferred to District of Massachusetts. Signed by Judge James M Rosenbaum on 6/1/2005. (bbt) (Entered: 06/01/2005) |
| 08/25/2005 | 27 | LETTER from Clerk's Office re: transfer to District of MA. Sent certified copy of the transfer order, copy of the docket sheet, and copy of the file to US Dictrict |

| | | Court, Clerk of Court, 1 Courthouse Way, Boston, MA 02210. (jam) (Entered: 08/25/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/01/2005 11:33:26 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 0:04-cv-04486-JMR-FLN |
| Billable Pages: | 4 | Cost: | 0.32 |