## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AGA MEDICAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> NITINOL MEDICAL TECHNOLOGIES, INC. and DR. LLOYD MARKS, <br><br> Defendants. | Civil Action No. 05-11804 REK |

### JOINT MOTION TO TRANSFER CASE AS RELATED TO ANOTHER ACTION UNDER LOCAL RULE 40.1(G)

Plaintiff AGA Medical Corporation, and Defendants Nitinol Medical Technologies, Inc. and Dr. Lloyd Marks, hereby jointly move to transfer this case to the Honorable Nancy Gertner, as related pursuant to Local Rule 40.1(G) to an action previously filed in this District that is pending before Judge Gertner, namely *NMT Medical, Inc. v. AGA Medical Corp.*, Civil Action No. 04-12565.

Dated: September 13, 2005

Respectfully submitted,

| AGA MEDICAL CORPORATION | NITINOL MEDICAL TECHNOLOGIES, INC. and DR. LLOYD MARKS |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ Mark P. Szpak<br>Mark P. Szpak (BBO # 546261)<br>ROPES & GRAY LLP<br>One International Place<br>Boston, MA 02110-2624<br>(617) 951-7606 | /s/ Charles H. Sanders (by MPS)<br>Robert Hillman<br>Charles H. Sanders<br>FISH & RICHARDSON, P.C.<br>225 Franklin Street<br>Boston, MA 02110<br>(617) 542-5070 |
| Denise L. Loring<br>Ching-Lee Fukuda<br>Padmaja Chinta<br>John R. Lane<br>ROPES & GRAY LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 596-9000 | |
| James T. Nikolai<br>NIKOLAI & MERSEREAU, P.A.<br>900 Second Avenue South, Suite 820<br>Minneapolis, Minnesota 55402<br>(612) 339-7461 | |