EXHIBIT A
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NMT MEDICAL, INC. and LLOYD A. MARKS,<br><br>Plaintiffs,<br><br>v.<br><br>AGA MEDICAL CORPORATION,<br><br>Defendant. | Civil Action No. 04-CV-12565 NG |
| AGA MEDICAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NITINOL MEDICAL TECHNOLOGIES, INC. d/b/a NMT MEDICAL, INC. and LLOYD A. MARKS,<br><br>Defendants. | Civil Action No. 05-CV-11804 NG |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties, by their undersigned counsel, stipulate and agree, subject to the approval of the Court, that:

1. CIVIL ACTION No. 04-CV-12565, is dismissed in its entirety with prejudice pursuant to Rule 41(a)(1), Fed. R. Civ. P.;

2. CIVIL ACTION No. 05-CV-11804, is dismissed in its entirety with prejudice pursuant to Rule 41(a)(1), Fed. R. Civ. P.; and

     3.    Each party shall bear its own costs and attorneys' fees.

SO ORDERED:

Dated: May 12, 2006

_____
United States District Judge

AGREED TO:

**NMT MEDICAL, INC. Inc.**
**and LLOYD A. MARKS**

By: _/s/ Charles H. Sanders_____
Robert E. Hillman (BBO# 234820)
Charles H. Sanders (BBO# 646740)
Amy C. Dachtler (BBO# 660234)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone (617) 542-5070
Facsimile (617) 542-8906

**AGA MEDICAL CORPORATION**

By: _____
Mark P. Szpak (BBO # 546261)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
(617) 951-7606

Denise L. Loring
Ching-Lee Fukuda
John R. Lane
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

James T. Nikolai
NIKOLAI & MERSEREAU, P.A.
900 Second Avenue South, Suite 820
Minneapolis, Minnesota 55402
(612) 339-7461